Eugene J. Martinez
Attorney at Law
146 Central Avenue
Salinas, California 93901
Telephone: (831) 754-1234
Facsimile: (831) 751-7797
CA State Bar No. 81209

Attorney for defendant, Steven Lee Vargem

FILED
SEP 22 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

STEVEN LEE VARGEM,

    Defendant.

Case No.: 5:10-mj-70582

**REQUEST FOR MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE; STIPULATION OF THE PARTIES; AND PROPOSED ORDER**

    The defendant, Steven Vargem, by and through his attorney of record, hereby requests that the magistrate modify the conditions of his previously ordered pre-trial release on bond as follows: 1. That the defendant be allowed to have contact with his spouse, Linda Vargem, and to reside with her at 3157 Midhurst Court in San Jose, California.

    2. All other conditions of release as stated in the record remain in full force and effect.

IT IS SO AGREED AND STIPULATED BY THE PARTIES :

Dated: September 22, 2010

    Eugene J. Martinez
    ATTORNEY FOR DEFENDANT
    STEVEN VARGEM

Dated: September 22, 2010

    JEFF NEDROW
    ASSISTANT UNITED STATES ATTORNEY
    ATTORNEY FOR PLAINTIFF

Eugene J. Martinez
Attorney at Law

**HALL OF JUSTICE**
190 W. HEDDING ST
SAN JOSE, CA 95110

NO. C1083300
10033362
DEPT. 45

PEOPLE VS. STEVEN LEE VARGEM
L.K.A. 180 LEWIS RD 15
SAN JOSE, CA 95111

DATE 09/14/2010  9:00 AM
Hon. Penny Pacher
CLERK  R. ALVAREZ  Maura Koolos M
09/21/1960  CAN7223171  CDY BK:Y

JUDGE HON. ~~KURT E. KUHL~~ Phillip Penny
REPORTER V. ~~SOUTHARD~~ L. Shinn
DEF. ATTY. BUCKLES, GEOFFRE (G)
CHARGES M(001) PC242/243(E)
D.A. Accardo
M(002) PC273.6(A)

HEARING JURY TRIAL
DV:Y  AGENCY SJ-04313-3284 -TUELL
CHILD:  STATUS I-SET -10000  TW  N

VIOLATION DATE

NEXT APPEARANCE: 10/21/10  1:30  D30  proof of enrollment

☑ Defendant Present  ☑ Atty Present  Buckles, G.
☑ Arr Wav  ☑ Amend Comp/Info
☑ Nolo Contendere
☑ Max Pen  ☑ Parole/Prob
☑ Wav Right to  ☑ Counsel  ☑ Court / Jury Trial  ☑ Subpoena / Confront / Examine Witnesses  ☑ Self-incrimination

CTS, 3 yrs prob  Ct 3 PC 236 misd
Cts 1,2,  Ct 4 - PC 166 e.1 misd
2 this time

**PROBATION**
☑ Imposition of sentence suspended for probation period
☑ FORMAL PROBATION GRANTED for 3 Yrs
☑ Report to APO within 3 Days
☑ Perform 20 Hrs Volunteer Work
☑ DVPO issued / mod /term'd Exp 9-14-2013  ☑ Victim Present
☑ Peaceful Contact
☑ Not own/possess deadly weapons
☑ Stay away from while on prob.
☑ Submit Search/Testing  ☑ Educ/Voc Trng/Empl
☑ Substance Abuse, Psych, Theft, Anger Mgmt, DV Parenting cnsl / prgm  52 wks
☑ PC296 (DNA)

FINES/FEES: PAY TO
DRF/RF $110  Add'l RF $110
SECA $30  CTS PC2900.5
SHELTER $300  FINE STAYED
DV $200
ASF$25/CPF$10
P/SUP $35/Mo
CJAF $129.75/$259.50

Deemed satisfied

Other: Ct. to retain jurisdiction, obey all laws

**JAIL/PRISON**

| Count | F/M | Violation | Prison Term / Yrs | Enhancement / Priors | Yrs / Styd / Strkn | HRS / DAYS / MOS |
|---|---|---|---|---|---|---|
| 3 | m | PC 236 | | | | |
| 4 | m | PC 166 C.1 | | | | |

CTS = 93  ACT + 92  185  TOTAL DAYS / TOTAL TERM 185 CJ