1  Donald E. J. Kilmer, Jr. (SBN: 179986)
   Law Offices of Donald Kilmer, APC
2  1645 Willow Street, Suite 150
   San Jose, California 95125
3  Phone: (408) 264-8489
   Fax: (408) 264-8487
4  E-Mail: Don@DKLawOffice.com

5  Attorney for Defendant:
   STEVEN VARGEM
6

7

8
                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
                         SAN JOSE DIVISION
10

11 UNITED STATES OF AMERICA,              CASE NO.: CR 10-00729 JW

12           Plaintiff,                   **SUBSTITUTION OF ATTORNEY**

13      v.

14 STEVEN LEE VARGEM,

15           Defendant.

16
   _____
17
   UNITED STATES OF AMERICA,              CASE NO.: CV 10-04766 HRL
18
             Plaintiff,                   **SUBSTITUTION OF ATTORNEY**
19
        v.
20
21 ONE MACHINE GUN / SHORT
   BARRELED RIFLE AND 28
22 MISCELLANEOUS FIREARMS AND
   AMMUNITION.
23
             Defendant.
24

25
        TO THE ABOVE-ENTITLED COURT, AND TO THE UNITED STATES
26
   ATTORNEY'S OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA:
27
        I, STEVEN LEE VARGEM, the defendant in the above entitled criminal matter, and the
28
   real party in interest in the civil matter, substitute, DONALD E. J. KILMER, JR., Attorney at

Law, for Eugene J. Martinez, as my attorney of record for both matters and agree that a fax signature shall constitute an original for this filing.

Date:

                                            STEVEN LEE VARGEM, Defendant

I CONSENT TO THE SUBSTITUTION.

Date:

                                            EUGENE J. MARTINEZ, Former Counsel

I ACCEPT THE SUBSTITUTION.

Date:

                                            Donald E. Kilmer, Jr., Attorney for Defendant