| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612) |
| | United States Attorney |
| 2 | |
| | MIRANDA KANE (CABN 150630) |
| 3 | Chief, Criminal Division |
| 4 | BRADLEY D. PRICE (ILBN 6294571) |
| | Special Assistant United States Attorney |
| 5 | |
| | 150 Almaden Blvd., Suite 900 |
| 6 | San Jose, CA 95113 |
| | Telephone: (408) 535-5080 |
| 7 | Facsimile:  (408) 535-5066 |
| | Email: bradley.price@usdoj.gov |
| 8 | |
| | Attorneys for Plaintiff |
| 9 | United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| IN RE: Search Warrant For: | ) | CR 10-70951 PVT |
| 3157 Midhurst Court, San Jose, California | ) | |
| | ) | UNSEALING APPLICATION AND |
| | ) | PROPOSED ORDER |
| | ) | |

The United States, by and through Melinda Haag, United States Attorney, and Bradley Price, Special Assistant United States Attorney, hereby moves the Court for an order unsealing the search warrant affidavit, search warrant, return, attachments, and other materials filed under the above-referenced file number. The United States had previously requested sealing of this search warrant affidavit because at the time the original search warrant was requested, disclosure to the public of the details of the criminal investigation would likely have substantially impaired the ongoing criminal investigation. As the warrant has been executed,

//
//
//
//
//

GOVERNMENT'S UNSEALING APPLICATION
AND PROPOSED ORDER

1 disclosure of the search warrant affidavit at this point will no longer likely jeopardize the
2 investigation. Accordingly, there is no longer any just cause to maintain the search warrant
3 materials under seal. The government therefore requests that the Court enter an order unsealing
4 the search warrant affidavit, search warrant, return, and other materials filed under the above-
5 referenced file number.

7 DATED: January 24, 2011            Respectfully submitted,

                                     MELINDA HAAG
                                     United States Attorney


                                     _____/s/_____
                                     BRADLEY D. PRICE
                                     Special Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Search Warrant For:<br>3157 Midhurst Court, San Jose, California | CR 10-70951 PVT<br><br>PROPOSED ORDER |

In light of the government's motion, and for the reasons stated therein, the search warrant affidavit, search warrant, return, and other materials filed under the above-referenced file number are hereby ordered unsealed.

IT IS SO ORDERED.

DATED: _____, 2011

_____
HOWARD R. LLOYD
United States Magistrate Judge

GOVERNMENT'S UNSEALING APPLICATION
AND PROPOSED ORDER