1  Donald E. J. Kilmer, Jr. (SBN: 179986)
   Law Offices of Donald Kilmer, APC
2  1645 Willow Street, Suite 150
   San Jose, California 95125
3  Phone: (408) 264-8489
   Fax: (408) 264-8487
4  E-Mail: Don@DKLawOffice.com

5  Attorney for Defendant:
   STEVEN VARGEM
6

7

8
                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
                         SAN JOSE DIVISION
10

11 UNITED STATES OF AMERICA,                CASE NO.: CR 10-00729 JW
              Plaintiff,
12                                          STIPULATION AND ORDER TO ADJUST
                                            BRIEFING SCHEDULE FOR
       v.                                   DEFENDANT'S MOTION TO SUPPRESS
13

14 STEVEN LEE VARGEM,
              Defendant.
15

16     Pursuant to the Order after Hearing filed on January 24, 2011, the Court entered a

17 briefing schedule and set a hearing as follows:

18     1.    Defendant's Motion to Suppress is due on or before March 25, 2011.

19     2.    Government's Opposition is on or before April 8, 2011 by 5:00 p.m.

20     3.    Defendant's Reply is due on or before April 13, 2011 by 5:00 p.m.

21     4.    The hearing is set for April 25, 2011 at 1:30 p.m.

22     The parties hereby stipulate that the Defendant's Motion to Suppress may be filed on or

23 before March 28, 2011.  That the Government's Opposition is due on April 11, 2011 by 5:00

24 p.m.  The remaining due dates shall stay as originally set.

25  **SO STIPULATED.**

26  Date: March 25, 2011                    Date: March 25, 2011

27      /s/                                     /s/
    Bradley Price                           Donald Kilmer,
28  Special Assistant United States Attorney Counsel for the Defendant

## **ATTESTATION**

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Bradley Price that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in San Jose, CA on March 25, 2011.

_____/s/_____
Donald Kilmer of
Law Offices of Donald Kilmer, APC
for the Defendant

## **ORDER**

Defendant's brief shall be filed on or before March 28, 2011. The Government's Opposition Brief is due on April 11, 2011 by 5:00 p.m. The remaining deadlines and hearing dates set forth in the Court's January 24, 2011 remain in effect.

Date:

_____
United States District Judge