**Exhibit A – Attachment to Motion to Suppress**

STATE OF CALIFORNIA - COUNTY OF SANTA CLARA, SW NO._____

# SEARCH WARRANT COPY

CSW39553

## THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY PEACE OFFICER IN THE COUNTY OF SANTA CLARA:

Proof by affidavit and under penalty of perjury having been sworn to this day before me by

\_\_\_\_\_Duane Tuell_____ that there is probable cause for believing that the property and/or person described below may be found at the location(s) set forth below and is lawfully seizable pursuant to Penal Code Section 1524 as indicated below by "x"(s) in that it:

\_\_\_\_ was stolen or embezzled
\_\_\_\_ was used as the means of committing a felony
\_\_\_\_ is possessed by a person with the intent to use it as means of committing a public offense or is possessed by another to whom he or she may have delivered it for the purpose of concealing it or preventing its discovery
\_\_\_\_ tends to show that a felony has been committed or that a particular person has committed a felony
\_\_\_\_ tends to show that sexual exploitation of a child, in violation of Penal Code Section 311.3, or possession of matter depicting sexual conduct of a person under the age of 18 years, in violation of Section 311.11, has occurred or is occurring
\_\_\_\_ there is a warrant to arrest the person
\_X\_ when property is a firearm or deadly weapon pursuant to Penal Code section 12028.5
\_\_\_\_ when property is a firearm or deadly weapon pursuant to Welfare and Institutions Code section 8102
\_\_\_\_ when property is a firearm or deadly weapon pursuant to Family code section 6389 or 6218;

YOU ARE THEREFORE COMMANDED TO SEARCH:

The premises at **3157 Midhurst Court, San Jose**; further described as a single family residential. The house faces east and is located in a cul-de-sac, gray in color with green trims, and is marked with a placard labeled "3157" on the side of the garage, and all rooms, attic, garage and storage areas.

The search of a white panel van with California license plate #5S33665 registered to "Fab For You" on 180 Lewis Road Ste 15 in San Jose. "Fab For You" is owned by the suspect.

FOR THE FOLLOWING PROPERTY/PERSON:

Removal of three (3) locked safes and gain access by any means necessary to seize any firearms contained therein, including but not limited to the following registered firearms:

1) SER/N061491 MAK/WAL CARL WALTHER CAL/22 TYP/P PISTOL MOD/P22CAMILIT

2) SER/386156659 MAK/FNB FAB NAT DARMES D GUE CAL/5728 TYP/P PISTOL MOD/FN57US

3) SER/P11941 MAK/STE STEYR CAL/9 TYP/PI PISTOL SEMI-AUTOMATIC MOD/GB

4) SER/AAV204US MAK/GLC GLOCK,INC CAL/9 TYP/PI PISTOL SEMI-AUTOMATIC MOD/19

5) SER/125405 MAK/HEC HECKLER & KOCH CAL/9 TYP/PI PISTOL SEMI-AUTOMATIC MOD/P9S

6) SER/136095 MAK/HEC HECKLER & KOCH CAL/9 TYP/PI PISTOL SEMI-AUTOMATIC MOD/P9S

7) SER/D8765 MAK/FOZ CESKA ZBROJOVKA FOX CAL/9 TYP/PI PISTOL SEMI-AUTOMATIC MOD/CZ85B

8) SER/109020 MAK/HEC HECKLER & KOCH CAL/9 TYP/PI PISTOL SEMI-AUTOMATIC MOD/P9S

9) SER/A21775 MAK/STE STEYR CAL/9 TYP/PI PISTOL SEMI-AUTOMATIC MOD/SPP

10) SER/2118626 MAK/HEC HECKLER & KOCH CAL/9 TYP/PI PISTOL SEMI-AUTOMATIC MOD/SP 89

VAR-000049

11) SER/211534 MAK/HEC HECKLER & KOCH CAL/9 TYP/PI PISTOL SEMI-AUTOMATIC MOD/SP-89

12) SER/45588 MAK/WAL CARL WALTHER CAL/32 TYP/PI PISTOL SEMI-AUTOMATIC MOD/MANURHINPP

AND TO SEIZE IT/THEM IF FOUND and bring it/them forthwith before me, or this court, at the courthouse of this court. This Search Warrant and incorporated Affidavit was sworn to as true before me this 24th day of June, 20 10, at 3:00 A.M. / P.M. Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

HOBBS SEALING APPROVED: YES [ ]  NO [ ]
NIGHT SEARCH APPROVED: YES [ ]  NO [ ]

[Signature of Magistrate]
Judge of the Superior Court, County of Santa Clara
(revised 1.19.10) D#_____

PAUL R. TEILH

SEARCH WARRANT RETURN/RECEIPT
SAN JOSE POLICE DEPARTMENT

DATE 6/24/10   TIME 1600   CASE NO. 10-170-0272

ADDRESS 3157 MIDHURST CT.   WARRANT NO. CSW 39553

OFFICER/BADGE A. NGUYEN #3435   UNIT Family Violence Unit EXT. 277-3700
D. Tuell #3284

| NO. | DESCRIPTION | LOCATION |
|---|---|---|
| 1 | GLOCK 19 SERIAL # AAV 204 | BACK OF VAN IN BOXES |
| 2 | HK .45 AUTO BARREL SERIAL # 25-059604 | ↓ |
| 3 | FOBUS PADDLE HOLSTER | ↓ |
| 4 | HK USP TACTICAL .45 AUTO (NO BARREL) SERIAL 25-059604 | MASTER BEDROOM SAFE |
| 5 | MAG, SLIDE | ↓ |
| 6 | HECKLER + KOCH P9S SERIAL # 136-095 | LIVING ROOM SAFE |
| 7 | WALTHER MOD. PP Serial 45588 | |
| 8 | JENNINGS FIREARMS INC J-22 ser. 183010 | |
| 9 | FNH BELGIUM ser. 386156659 | |
| 10 | CZ 75 KADET D8765 ser A377497 | |
| 11 | FED. ORD INC (MISSING SLIDE) ser 109020 | |
| 12 | CZ 85B CAL. 9 LUGER D8765 (MISSING RECEIVER) | |
| 13 | COLT SPORTER LIGHTWEIGHT CAL. 7.62x39 SER. LH007953 | |
| 14 | A.C.T. INC BWK-92 ser. 306342 | |
| 15 | LIBERTY II CALICO ser. T000412 | |
| 16 | LIBERTY I CALICO ser. R000140 | |
| 17 | COLT SPORTER LIGHTWEIGHT CAL. 223 ser. SL016131 | |
| 18 | DEAI GSG-5 CAL 22LR HV ser. A274798 | |
| 19 | COLT SPORTER LIGHTWEIGHT CAL 9mm AUTO ser. NL003912 | |
| 20 | COLT MATCH TARGET COMPETITION HBAR II CAL. 223 ser. CJC004488 / SCOPE: NC STAR 3-9x42RE |
| 21 | COLT SPORTER LIGHTWEIGHT CAL. 7.62x39 ser. LH096430 w/SCOPE: TASCO DWCP1040x50 AT-98.8' |
| 22 | STURM RUGER RANCH RIFLE CAL.7.62x39 ser: 581-09848 w/SCOPE SIMMONS M1048 |
| 23 | HK SP89 CAL 9mm x 19 ser. 21-15341 | |
| 24 | UNKNOWN MAKE/MODEL UPPER RECEIVER | |
| 25 | UNKNOWN MAKE/MODEL BOTTOM RECEIVER | |

26) 20 MAGAZINES

Page 1 of 2

WHITE - COURT   PINK - CASE FILE   CANARY - PREMISE   202-53 11/05

VAR-000051

SEARCH WARRANT RETURN/RECEIPT
SAN JOSE POLICE DEPARTMENT

DATE 6/24/10     TIME 1600     CASE NO. 10-170-0272
ADDRESS 3157 MIDHURST CT     WARRANT NO. CSW 39553
OFFICER/BADGE A. NGUYEN #3435     UNIT Family Violence Unit  EXT. 277-3700
D. TWELL #3284

| NO. | DESCRIPTION | LOCATION |
|---|---|---|
| 27 | BERETTA MOD 92-F 9mm PISTOL SERIAL # BER061070 Z | SAFE IN DAUGHTER'S BEDROOM |
| 28 | HK 9mm VP70Z PISTOL SERIAL # 81318 | |
| 29 | HK 12 GAGE DOUBLE BARREL SHOTGUN SERIAL #2011 4160 | |
| 30 | NORINCO MAK 90 SPORTER 7.62 CAL SERIAL # 90871 | |
| 31 | BROWNING 22 LONG RIFLE BUCK MARK PISTOL # 655NM15269 | |
| 32 | HK SP 89  # 21-16399 | |
| 33 | HK SP 89  # 21-16398 | |
| 34 | GUN SOUTH INC. MOD 'GB' 9mm # P11941 | |
| 35 | STEYR MANNLICHER SPP 9mm  # A21775 | |
| 36 | HK MOD USC  # 47-000573 | |
| 37 | 25 MAGAZINES | |
| 38 | HK RECEIVER NO SERIAL # | ↓ |



STATEMENT OF PROBABLE CAUSE

My name is Duane Tuell. I have been a peace officer for the city of San Jose Police Department from March 1996 to November 2006 and then from March 2009 to present day. I am currently assigned to the Family Violence Unit and have been assigned to this Unit since November 2009.

My training and experience are as follows: As an officer, I have served in the Patrol Division. I have served as the Administrative Officer for both the Pre Processing Center and for the Bureau of Field operations. During the course of my career, I have investigated many criminal cases, including but not limited to homicides, thefts, assaults, burglaries, robberies, narcotics offenses, vehicular crimes and domestic violence crimes. As a patrol officer, I have responded and assisted in Domestic Violence investigations. I have interviewed victims, witnesses and suspects.

Since being assigned to the Family Violence Unit, I have participated in the investigation of approximately 146 Domestic Violence cases. My participation in these cases includes the interviewing of victims, witnesses and suspects. My participation has also included the preparation of reports, the review of reports, the filing of cases and the collection of evidence.

On June 22, 2010, I was assigned to assist in the investigation of a violation of Penal Code section 242-243(e), which occurred at approximately 6:10 a.m. on June 19, 2010. The victim, Lynda Vargem, reported being involved in a verbal argument with her husband STEVEN VARGEM (DOB: 9-21-1960). During this argument, VARGEM assaulted the victim causing complaint of pain. Officer DeOliveria of the San Jose Police Department went to 3157 Midhurst Crt. and contacted the victim. The victim told Officer DeOliveria that she and VARGEM were married with two children in common. On June 18, 2010 at approximately 9:30 p.m. she and VARGEM argued about her giving a neighbor a box fruit. VARGEM continually ridiculed the victim for approximately one hour, until both parties fell asleep. The next morning on 6/19/2010 at approximately 6:10 a.m., upon waking up VARGEM began cursing at the victim. Then at

1  approximately 6:20 a.m. the victim exited the bedroom. VARGEM followed her into the family
2  room and continued to belittle her. VARGEM grabbed the victim's right bicep from behind. The
3  victim pulled away from the VARGEM and turned and faced VARGEM. VARGEM used two
4  hands in a choke / strangulation maneuvers and grasped the victim's neck. VARGEM squeezed the
5  victim's neck for approximately 5 – 6 seconds. The victim had trouble breathing, but did not loose
6  consciousness. VARGEM shook the victim back and forth approximately 2 times. VARGEM
7  continued to use vulgarities towards the victim as he shook her. VARGEM then pushed the victim,
8  causing her to fall to the floor. The victim was in great fear for her safety. Their daughter, witness
9  Ashley Vargem, observed VARGEM push the victim. The witness and VARGEM became
10 involved in a verbal argument. The victim got dressed, left the house and called the police
11 department to report the incident. The victim returned to her home and was contacted by officers.
12 The victim had no visible injuries but complained of pain to her neck. The victim was issued an
13 EPRO at the scene. VARGEM was the listed restrained party on the EPRO. The EPRO required
14 that VARGEM surrender all firearms in his possession.
15     On 6/22/2010, at approximately 3:30 p.m. I conducted a search of law enforcement
16 databases to determine if there were any firearms registered to STEVEN LEE VARGEM and
17 discovered that there were twelve firearms currently registered to VARGEM.
18     On 6/24/2010 at approximately 6:30 a.m. I checked the custody status of VARGEM and
19 determined that he had been allowed to post bail and that he had been released from custody.
20     On 6/24/2010, at approximately 10:30 a.m. I contacted the victim to conduct follow up
21 investigation on this case and to inquire about the status of the firearms registered to VARGEM.
22 The victim informed me that she did not have access to the safes containing the firearms. The
23 victim further stated that prior to the physical assault by VARGEM on 6/19/2010, the two became
24 involved in a verbal argument. During the argument, the victim told VARGEM, "I am done with
25 this. I'm done." The victim told me that VARGEM replied with something to the affect of 'You're

1 right. You are done, I am finishing this right now.' The victim stated that VARGEM then grabbed
2 her and began his assault. The victim stated that if the witness had not entered the room and
3 became involved, she believed that VARGEM would "finish" her. The victim stated that
4 VARGEM had a "crazed look that she had never seen before." The victim told me that she had
5 seen VARGEM return a "pistol" to the gun safe locked in the family room of their residence
6 approximately 2 months ago. The victim stated that VARGEM is very secretive about the firearms
7 and the safes. The victim stated that VARGEM would become angry with her and yell at her if she
8 entered the room when the safes were open.

9 Based on my training and experience, people who own firearms continue to retain them as
10 assets and continue to possess them for long periods of time. Therefore, I believe based on my
11 training and experience that VARGEM would still be in possession of the firearms registered to
12 him.

13 On June 24, 2010 at approximately 1:20 p.m. I again spoke with the victim to determine
14 what types of vehicles VARGEM may have access to. The victim informed me that VARGEM had
15 a Silver GMC YUKON XL Ca. license #4VNL510 and a White Panel Van Ca. license # 5S33665
16 which he uses for work. The Silver GMC YUKON XL Ca. license #4VNL510 is registered to
17 Vargem, Steven L and DBA FAB FOR YOU INC, with an address at 180 Lewis Rd. The white
18 panel van # 5S33665 is registered only to VARGEM'S company/work of DBA FAB FOR YOU
19 INC.

20 On June 24, 2010 at approximately 1:29 p.m. I called VARGEM to obtained permission to
21 retrieve all firearms in his possession. When VARGEM answer his cell phone (408-202-8443) I
22 identified myself as 'Duane Tuell a Police Officer with the city of San Jose. I verified with
23 VARGEM that he had a restraining order against him and that as such he had the responsibility to
24 surrender all firearms. I further advised VARGEN that he was in violation of the restraining order
25 and subject to arrest. VARGEM stated that all of his firearms were either 'sold' or 'transferred'. I

VAR-000055

1 directly asked him if he was telling me there were no firearms in the safes? VARGEM stated that
2 he did not know. I then asked VARGEM for the combinations to his safes. He told me that he
3 would have to discuss the request with his lawyer. I told him that I would prepare a search warrant
4 and seize the firearms without his consent. VARGEM asked if he could call me right back at the
5 Family Violence Unit. VARGEM did not call back

6     After speaking to VARGEM and determining that he would not provide me with permission
7 to search his safes, I requested that a patrol unit be stationed at the residence until I could arrive
8 with a search warrant. I informed the district sergeant C. Anaya of VARGEM's description and the
9 description of possible vehicles that VARGEM had access to. Units then advised me on scene that
10 upon their arrival, a white van was parked in the driveway and was being loaded with unknown
11 items. The van was VARGEN's White Panel Van Ca. license # 5S33665. Patrol officers affected a
12 vehicle stop of the van and determined that it was being driven by VARGEN. VARGEN was in
13 violation of the EPRO previously granted to the victim.

14     Pursuant to Penal Code section 1524(a)(9), a search warrant may be issued when the
15 property to be seized include a firearm or any other deadly weapon at the scene of or at premises
16 occupied or under the control of a person arrested in connection with a domestic violence incident
17 involving a threat to human life or a physical assault. Based on the fact that VARGEM is the
18 restrained party in an EPRO, is required to surrender all firearms in his possession and is the only
19 one in possession of the combinations to the safes where his firearms are stored, a search warrant is
20 authorized to seize the firearm in this case.

21     Based upon the foregoing, it is my opinion that I have probable cause to believe and I do
22 believe that the items sought are lawfully seized and are presently at and on the premises to be
23 searched. Wherefore, I seek issuance of this Search Warrant.

24
25