1  Donald E. J. Kilmer, Jr. (SBN: 179986)
   Law Offices of Donald Kilmer, APC
2  1645 Willow Street, Suite 150
   San Jose, California 95125
3  Phone: (408) 264-8489
   Fax: (408) 264-8487
4  E-Mail: Don@DKLawOffice.com

5  Attorney for Defendant:
   STEVEN VARGEM
6

7

8
                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
                         SAN JOSE DIVISION
10

11 UNITED STATES OF AMERICA,           CASE NO.: CR 10-00729 JW

12          Plaintiff,                 ATTORNEY DECLARATION IN
                                       SUPPORT OF MOTION TO SUPPRESS
13          v.
                                       Hearing:  April 25, 2011
14 STEVEN LEE VARGEM,                  Time:     1:30 p.m.
                                       Place:    Courtroom 8, 4th Floor
15                                     Judge:    Hon. James Ware
            Defendant.
16

17

18       I, Donald Kilmer, declare as follows:

19 1.    I am the attorney of record of STEVEN VARGEM in the above entitled

20       matter.

21 2.    During 2007, I worked with stake-holders in Santa Clara County to secure

22       operational guidelines for firearm relinquishment in Santa Clara County

23       when domestic violence restraining orders are issued.

24 3.    As result of that work, I had some input in the generation of Local Form FL-

25       1047. [Attached as Exhibit C to the Motion to Suppress.]

26 4.    As further result of that work, I was invited to participate in the California

27       Judicial Council's Domestic Violence Practice and Procedure Task Force.  As

28       part of that participation, I submitted a memorandum to the Task Force.

1     Attached as Exhibit A is a true and correct copy of the memorandum without the attachments.

5.     Attached as Exhibit B is a true and correct copy of the Domestic Violence: Final Report of the Domestic Violence Practice and Procedure Task Force that was issued to the Members of the Judicial Council.

    I declare under penalty of perjury, under laws of California and the United States that the foregoing it true and correct of my own personal knowledge and that this declaration was executed in San Jose on March 28, 2011.

                                               /s/

                                     Donald Kilmer, Attorney at Law