Donald E. J. Kilmer, Jr. (SBN: 179986)
Law Offices of Donald Kilmer, APC
1645 Willow Street, Suite 150
San Jose, California 95125
Phone: (408) 264-8489
Fax: (408) 264-8487
E-Mail: Don@DKLawOffice.com

Attorney for Defendant:
STEVEN VARGEM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br><br>v.<br><br>STEVEN LEE VARGEM,<br>  Defendant. | CASE NO.: CR 10-00729 JW<br><br>STIPULATION AND ORDER TO ADJUST BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO SUPPRESS |

Pursuant to the Order after Hearing filed on January 24, 2011, the Court entered a briefing schedule and set a hearing as follows:

1. Defendant's Motion to Suppress is due on or before March 25, 2011.

2. Government's Opposition is on or before April 8, 2011 by 5:00 p.m.

3. Defendant's Reply is due on or before April 13, 2011 by 5:00 p.m.

4. The hearing is set for April 25, 2011 at 1:30 p.m.

The parties hereby stipulate that the Defendant's Motion to Suppress may be filed on or before March 28, 2011. That the Government's Opposition is due on April 11, 2011 by 5:00 p.m. The remaining due dates shall stay as originally set.

**SO STIPULATED.**

Date: March 25, 2011                              Date: March 25, 2011

\_\_\_\_\_/s/_____              \_\_\_\_\_/s/_____
Bradley Price                                     Donald Kilmer,
Special Assistant United States Attorney          Counsel for the Defendant

## **ATTESTATION**

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Bradley Price that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in San Jose, CA on March 25, 2011.

/s/
Donald Kilmer of
Law Offices of Donald Kilmer, APC
for the Defendant

## **ORDER**

Defendant's brief shall be filed on or before March 28, 2011. The Government's Opposition Brief is due on April 11, 2011 by 5:00 p.m. The remaining deadlines and hearing dates set forth in the Court's January 24, 2011 remain in effect.

Date: March 29, 2011

_James Ware_
United States District Chief Judge