Route

FROM: CLET      ISN: 32156 DATE: 06/24/10 TIME: 07:31:45 RESP MSG
TO:   WC20      OSN: 06471 DATE: 06/24/10 TIME: 07:32:47

UNITID:
USERID: 3435

IB
8AYX.CA0431312
RE: QRR.CA0431312.NAM/VARGEM,STEVE LEE.DOB/19600921.SEX/M.RO
MATCH MADE ON
NAM/VARGEM,STEVE LEE
NAME FIELD SEARCH REVEALS:
CARPOS HIT # 001
HIT MADE ON
NAM/VARGEM,STEVEN LEE
FCN/5281017000149
ORI/CA0431333
OCA/101700272
NIC/H275172343
*** SERVED EMERGENCY PROTECTION ORDER ***
*DO NOT ARREST OR DETAIN BASED SOLELY ON THIS RESPONSE*
THIS RESTRAINING ORDER RESPONSE MAY BE THE SAME AS:
* * * * * RESTRAINED PERSON INFORMATION * * * * *
NAM/VARGEM,STEVEN LEE DOB/19600921
SEX/M RAC/W HGT/505 WGT/160 EYE/BRO HAI/BRO
* * * * * PROTECTED PERSON INFORMATION * * * * *
PROTECTED PERSON NAME/███████
PROTECTED PERSON SEX/X
* * * * * COURT INFORMATION * * * * *
RESTRAINED PERSON PRESENT IN COURT/NO
COURT NAME/SANTA CLARA COUNTY SUPERIOR (SAN JOSE)
COURT PHONE NUMBER/(408) 882-2100
COURT CASE NUMBER/101700272
ISSUE DATE/20100619 EXPIRATION DATE/20100625
CONTACT PROTECTED PERSON/NO - THE RESTRAINED PERSON MUST NOT CONTACT,
MOLEST, ATTACK, STRIKE, THREATEN, SEXUALLY ASSAULT, BATTER, TELEPHONE,
OR OTHERWISE HARASS OR DISTURB THE PEACE OF EACH PROTECTED PERSON(S)
FIREARM PROVISIONS/CANNOT PURCHASE OR RECEIVE AND MUST SURRENDER ALL
FIREARMS
STAY AWAY FROM/RESIDENCE, PROTECTED PERSON, WORK PLACE, CHILDS
SCHOOL-DAY CARE, PROTECTED PERSONS VEHICLE
STAY AWAY/0300 YARDS
VACATE ADDRESS/███████, SAN JOSE, CALIFORNIA
OTHER ORDERS/RESTRAINED PERSON MUST MOVE OUT IMMEDIATELY FROM███

* * * * * SERVICE INFORMATION * * * * *
SERVED DATE/20100622 TIME/0900            } EPRO
SERVED BY/JEPSON,CLIFF/2882               } SERVICE
AGENCY/SAN JOSE POLICE DEPARTMENT
SERVING AGENCY CASE NUMBER/NONE
IMMEDIATELY CONFIRM WITH CA0431300 SAN JOSE PD #1 SJT0
TELEPHONE 408 277-4127
********** VIOLATION MESSAGE **********
NUMBER OF PRIOR VIOLATION MSG/000
********** END OF CARPOS MESSAGE **********

GOVERNMENT
EXHIBIT
3