GOVERNMENT EXHIBIT 5

STATE OF CALIFORNIA - COUNTY OF SANTA CLARA, SW NO. _____

# SEARCH WARRANT

CSW39553   COPY

THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY PEACE OFFICER IN THE COUNTY OF SANTA CLARA:

Proof by affidavit and under penalty of perjury having been sworn to this day before me by

_____Duane Tuell_____that there is probable cause for believing that the property and/or person described below may be found at the location(s) set forth below and is lawfully seizable pursuant to Penal Code Section 1524 as indicated below by "x"(s) in that it:

___ was stolen or embezzled
___ was used as the means of committing a felony
___ is possessed by a person with the intent to use it as means of committing a public offense or is possessed by another to whom he or she may have delivered it for the purpose of concealing it or preventing its discovery
___ tends to show that a felony has been committed or that a particular person has committed a felony
___ tends to show that sexual exploitation of a child, in violation of Penal Code Section 311.3, or possession of matter depicting sexual conduct of a person under the age of 18 years, in violation of Section 311.11, has occurred or is occurring
___ there is a warrant to arrest the person
_X_ when property is a firearm or deadly weapon pursuant to Penal Code section 12028.5
___ when property is a firearm or deadly weapon pursuant to Welfare and Institutions Code section 8102
___ when property is a firearm or deadly weapon pursuant to Family code section 6389 or 6218;

YOU ARE THEREFORE COMMANDED TO SEARCH:

The premises at ▮▮▮▮▮▮▮▮▮ San Jose; further described as a single family residential. The house faces east and is located in a cul-de-sac, gray in color with green trims, and is marked with a placard labeled ▮▮▮▮ on the side of the garage, and all rooms, attic, garage and storage areas.

The search of a white panel van with California license plate #5S33665 registered to "Fab For You" on 180 Lewis Road Ste 15 in San Jose. "Fab For You" is owned by the suspect.

FOR THE FOLLOWING PROPERTY/PERSON:

Removal of three (3) locked safes and gain access by any means necessary to seize any firearms contained therein, including but not limited to the following registered firearms:

    1) SER/N061491 MAK/WAL CARL WALTHER CAL/22 TYP/P PISTOL MOD/P22CAMILIT

    2) SER/386156659 MAK/FNB FAB NAT DARMES D GUE CAL/5728 TYP/P PISTOL MOD/FN57US

    3) SER/P11941 MAK/STE STEYR CAL/9 TYP/PI PISTOL SEMI-AUTOMATIC MOD/GB

    4) SER/AAV204US MAK/GLC GLOCK,INC CAL/9 TYP/PI PISTOL SEMI-AUTOMATIC MOD/19

    5) SER/125405 MAK/HEC HECKLER & KOCH CAL/9 TYP/PI PISTOL SEMI-AUTOMATIC MOD/P9S

    6) SER/136D95 MAK/HEC HECKLER & KOCH CAL/9 TYP/PI PISTOL SEMI-AUTOMATIC MOD/P9S

    7) SER/D8765 MAK/FOZ CESKA ZBROJOVKA FOX CAL/9 TYP/PI PISTOL SEMI-AUTOMATIC MOD/CZ85B

    8) SER/109020 MAK/HEC HECKLER & KOCH CAL/9 TYP/PI PISTOL SEMI-AUTOMATIC MOD/P9S

    9) SER/A21775 MAK/STE STEYR CAL/9 TYP/PI PISTOL SEMI-AUTOMATIC MOD/SPP

   10) SER/2118626 MAK/HEC HECKLER & KOCH CAL/9 TYP/PI PISTOL SEMI-AUTOMATIC MOD/SP 89

11) SER/211534 MAK/HEC HECKLER & KOCH CAL/9 TYP/PI PISTOL SEMI-AUTOMATIC MOD/SP-89

12) SER/45588 MAK/WAL CARL WALTHER CAL/32 TYP/PI PISTOL SEMI-AUTOMATIC MOD/MANURHINPP

AND TO SEIZE IT/THEM IF FOUND and bring it/them forthwith before me, or this court, at the courthouse of this court. This Search Warrant and incorporated Affidavit was sworn to as true before me this **24th** day of **June**, 20**10**, at **3:00** A.M./P.M. Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

HOBBS SEALING APPROVED: YES [ ] NO [ ]
NIGHT SEARCH APPROVED: YES [ ] NO [ ]

_[signature]_
[Signature of Magistrate]
Judge of the Superior Court, County of Santa Clara
(revised 1.19.10) D#_____

PAUL R. TEILH

SEARCH WARRANT RETURN/RECEIPT
SAN JOSE POLICE DEPARTMENT

DATE 6/24/10   TIME 1600   CASE NO. 10-170-0272
ADDRESS ▓▓▓▓▓▓▓▓▓▓   WARRANT NO. CSW 39553
OFFICER/BADGE A. NGUYEN #3435   UNIT Family Violence Unit EXT. 277-3700
D. Twell #3284

| NO. | DESCRIPTION | LOCATION |
|---|---|---|
| 1 | GLOCK 19 SERIAL # AAV 204 | BACK OF VAN IN BOXES |
| 2 | HK .45 AUTO BARREL SERIAL #25-059604 | |
| 3 | FOBUS PADDEL HOLSTER | |
| 4 | HK USP TACTICAL .45 AUTO (NO BARREL) SERIAL 25-059604 | MASTER BEDROOM SAFE |
| 5 | MAG, SLIDE | |
| 6 | HECKLER + KOCH P9S   SERIAL # 186-095 | LIVING ROOM SAFE |
| 7 | WALTHER MOD. PP   Serial 45588 | |
| 8 | JENNINGS FIREARMS INC J-22   ser. 183010 | |
| 9 | FNH BELGIUM   ser. 3B5156659 | |
| 10 | CZ 75 KADET D8765   ser A377497 | |
| 11 | FED. ORD INC (MISSING SLIDE)   ser 109020 | |
| 12 | CZ 85B CAL.9 LUGER D8765 (MISSING RECEIVER) | |
| 13 | COLT SPORTER LIGHTWEIGHT CAL 7.62x39   SER.LH 0079583 | |
| 14 | A.C.T. Inc BWK-92   ser. 306342 | |
| 15 | LIBERTY II CALICO   ser. T000412 | |
| 16 | LIBERTY I CALICO   Ser. R000140 | |
| 17 | COLT SPORTER LIGHTWEIGHT CAL. 223   ser. SL016131 | |
| 18 | BE AI GSG-5 CAL 22 LR HV   ser. A274798 | |
| 19 | COLT SPORTER LIGHTWEIGHT CAL 9mm AUTO   SER. NL003912 | |
| 20 | COLT MATCH TARGET COMPETITION HBAR II CAL 223   ser. CJC 004488 / SCOPE: NC STAR 3-9X42RE | |
| 21 | COLT SPORTER LIGHTWEIGHT CAL. 7.62x39   ser. LH096430 w/SCOPE: TASCO PWCP 1040x50 AT-98.8 | |
| 22 | STURM RUGER RANCH RIFLE CAL 7.62x39 w/SCOPE SIMMONS M1048   Ser: 581-09848 | |
| 23 | HK SP89 CAL 9mm x 19   ser. 21-15341 | |
| 24 | UNKNOWN MAKE/MODEL UPPER RECEIVER | |
| 25 | UNKNOWN MAKE/MODEL BOTTOM RECEIVER | |

26) GO MAGAZINES

Page 1 of 2

WHITE - COURT   PINK - CASE FILE   CANARY - PREMISE   202-53 11/05

SEARCH WARRANT RETURN/RECEIPT
SAN JOSE POLICE DEPARTMENT

DATE 6/24/10   TIME 1600   CASE NO. 10-170-0272
ADDRESS ████████████████   WARRANT NO. CSW 39553
OFFICER/BADGE A. NGUYEN #3435   UNIT Family Violence Unit EXT. 277-3700
D. TWELL #3284

| NO. | DESCRIPTION | LOCATION |
|---|---|---|
| 27 | BERETTA MOD 92-F 9mm PISTOL SERIAL # BER061070 Z | SAFE IN DAUGHTER'S BEDROOM |
| 28 | HK 9mm VP70Z PISTOL SERIAL # 81318 | |
| 29 | HK 12 GAGE DOUBLE BARREL SHOTGUN SERIAL # 20H 4160 | |
| 30 | NORINCO MAK 90 SPORTER 7.62 CAL SERIAL # 90871 | |
| 31 | BROWNING 22 LONG RIFLE BUCK MARK PISTOL # 655NM15259 | |
| 32 | HK SP89 # 21-16399 | |
| 33 | HK SP89 # 21.16398 | |
| 34 | GUN SOUTH INC. MOD 'GB' 9mm # P11941 | |
| 35 | STEYR MANNLICHER SPP 9mm # A21775 | |
| 36 | HK MOD USC # 47-000573 | |
| 37 | 25 MAGAZINES | |
| 38 | HK RECEIVER  NO SERIAL # | ↓ |

WHITE - COURT   PINK - CASE FILE   CANARY - PREMISE

Page 2 of 2
202-53 11/05