Donald E. J. Kilmer, Jr. (SBN: 179986)
Law Offices of Donald Kilmer, APC
1645 Willow Street, Suite 150
San Jose, California 95125
Phone: (408) 264-8489
Fax: (408) 264-8487
E-Mail: Don@DKLawOffice.com

Attorney for Defendant:
STEVEN VARGEM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN LEE VARGEM,<br><br>Defendant. | CASE NO.: CR 10-00729 JW<br><br>MOTION TO STRIKE:<br><br>CLETS PRINT OUT (Doc # 24-3)<br><br>F.R.E. 802, 901/902 |

### STATEMENT OF FACTS

1. The Government submitted, as Exhibit 3 (Doc # 24-3), what appears to be a CLETS printout showing information about Defendant VARGEM.

2. The document appears to have been generated on June 24, 2010.

### STATEMENT OF LAW

3. Federal Rule of Evidence 802 generally precludes the consideration of evidence that is defined as hearsay.

4. Federal Rules of Evidence 901/902 set up the rules for the admissibility of documents that are not authenticated by a witness giving live testimony.

### ARGUMENT | CONCLUSION

5. If the Government is going to present Officer Tuell as a witness at the hearing in this matter, subject to cross examination by the Defense and a

1  credibility assessment by the Court, and Officer Tuell can authenticate
2  Document 24-3, then this document might be helpful to the Court if the
3  document is otherwise admissible under the F.R.E.  As it stands now, it does
4  not qualify for authentication under any of the general provisions of F.R.E.
5  901, nor does is it self-authenticating under F.R.E. 902.  This document is
6  subject to a motion to strike.
7  6. Additionally, the document itself is hearsay by any definition.  It does not fit
8  any of the hearsay exceptions under the rules of evidence.   And its bare
9  submission without live testimony deprives the Defendant of the right of
10 cross examination in violation the "confrontation clause" of the Sixth
11 Amendment to Constitution.  Document 24-3 is subject to a motion to strike
12 under F.R.E. 801/802/805.
13 Respectfully Submitted on April 12, 2011.

15  /s/ Donald Kilmer
16 Attorney for Defendant Steven Vargem