UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME:** 25 mins

**CRIMINAL MINUTES**

| | |
|---|---|
| Judge: Edward J. Davila | Courtroom Deputy: Elizabeth Garcia |
| Date:  April 25, 2011 | Court Reporter: Irene Rodriguez |
| Case No.: CR-10-00729 EJD | U.S. Probation Officer: N/A |
| Related Case No.: N/A | U.S. Pretrial Services Officer: N/A |
| | Interpreter: N/A |

**TITLE**

USA v. Steven Lee Vargem (NC)

**Attorney(s) for Plaintiff(s):** Brad Price
**Attorney(s) for Defendant(s):** Donald Kilmer

**PROCEEDINGS**

Defendant's Motion to Suppress Evidence [Doc. 21]

**ORDER AFTER HEARING**

Hearing held.  Defendants present and not in custody for proceedings.  The Court heard oral argument on Defendant's Motion to Suppress Evidence (Docket Item No. 21).  For the reasons stated on the record the Court DENIED the Motion to Suppress.  Please refer to the Court's transcript of proceedings for the Court's ruling.

The Court continued the matter to June 6, 2011 at 1:30 PM for Setting or Disposition.  Time is excluded from April 25, 2011 through June 6, 2011 for the parties continued efforts to resolve the matter short of trial.

*Elizabeth C. Garcia*
**Elizabeth C. Garcia**
**Courtroom Deputy**
Original: Efiled
CC: