

**FILED**

MAY 09 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## ~~PROPOSED~~ ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Paul S. Grewal<br>U.S. Magistrate Judge | **RE:** | Steven Vargem |
| **FROM:** | Roy Saenz, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR10-00729 EJD |
| **DATE:** | April 27, 2011 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| Jaime A. Carranza | 408-535-5226 |
|---|---|
| U.S. Pretrial Services Officer | TELEPHONE NUMBER |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____ .

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

   A. **The defendant shall participate in mental health counseling as directed by Pretrial Services.**

   B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

| Paul S. Grewal | 5/9/2011 |
|---|---|
| JUDICIAL OFFICER | DATE |

Cover Sheet (06/02/08)