UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***
**TOTAL TIME:** 1 min

## CRIMINAL MINUTES

**Judge:** Edward J. Davila
**Date:** June 6, 2011
**Case No.:** CR-10-00729  EJD
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** N/A
**U.S. Pretrial Services Officer:** N/A
**Interpreter:** N/A

### TITLE

USA v. Steven Lee Vargem (NC)

**Attorney(s) for Plaintiff(s):** Brad Price
**Attorney(s) for Defendant(s):** Donald Kilmer

### PROCEEDINGS

Status Hearing

### ORDER AFTER HEARING

Hearing held.  Defendant present and not in custody for proceedings.  The Court continued the matter to July 18, 2011 at 1:30 PM for Trial Setting or Disposition hearing.  Time is excluded from June 6, 2011 through July 18, 2011 for effective preparation, defense review and the parties' continued efforts to resolve the matter short of trial.

Elizabeth C. Garcia
**Elizabeth C. Garcia**
**Courtroom Deputy**
**Original:** Efiled
**CC:**