MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRADLEY D. PRICE (ILBN 6294571)
Special Assistant United States Attorney

  150 Almaden Boulevard
  San Jose, California 95113
  Telephone: (408) 535-5080
  Facsimile:  (408) 535-5066
  Email: bradley.price@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   CR 10-00729 EJD |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING AND EXCLUDING TIME FROM July 18, 2011 through September 19, 2011 |
| v. | |
| STEVEN LEE VARGEM, | |
| Defendant. | |

    The Parties, Steven Lee Vargem and the United States, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for July 18, 2011 be continued to September 19, 2011 at 1:30 p.m.  The defense and the government are jointly requesting this continuance due to unavailability of government counsel, as well as the need for additional time for settlement negotiations and effective defense preparation, as the government anticipates providing additional discovery to the defense.

    The parties stipulate that the time between July 18, 2011 and September 19, 2011 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the

1

requested continuance would unreasonably deny the Government continuity of counsel, and would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

DATED: July 14, 2011          MELINDA HAAG
United States Attorney

     /s/
BRADLEY D. PRICE
Special Assistant United States Attorney

     /s/
DONALD E. J. KILMER
Attorney for Defendant

1
2                              [PROPOSED] ORDER

3        Pursuant to agreement and stipulation of the parties and for good cause shown, the Court
4    HEREBY ORDERS that the hearing in this matter scheduled for July 18, 2011 is hereby
5    continued to September 19, 2011 at 1:30 p.m.  The Court FURTHER ORDERS that the time
6    between July 18, 2011 and September 19, 2011 is excluded under the Speedy Trial Act, 18
7    U.S.C. §3161.  The court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), that the
8    failure to grant the requested continuance would unreasonably deny the Government continuity
9    of counsel, and would unreasonably deny defense counsel reasonable time necessary for effective
10   preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that
11   the ends of justice served by granting the requested continuance outweigh the best interest of the
12   public and the defendant in a speedy trial.  The court therefore concludes that this exclusion of
13   time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
14
15   IT IS SO ORDERED.
16   DATED: July 15, 2011                    _____
17                                           EDWARD J. DAVILA
                                             United States District Judge