MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GARY G. FRY (CABN 85582)
Assistant United States Attorney

CAROLYNE ARANGO SANIN (DCBN 499564)
Special Assistant United States Attorney
   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5596
   Facsimile: (408) 535-5066
   carolyne.sanin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.    10-CR-729 EJD |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING TO |
| v. ) | APRIL 16, 2012 |
| STEVEN LEE VARGEM, ) | |
| Defendant. ) | |

    The Parties, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for March 26, 2012 at 1:30 pm be vacated, and that the hearing be re-set for April 16, 2012 at 1:30 pm.  The parties are requesting the continuance of the hearing due to the need for additional time for effective preparation and the need to jointly negotiate a resolution in this matter.

    The parties stipulate that the time between March 26, 2012 and April 16, 2012, is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective

1

preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: March 21, 2012          MELINDA HAAG
                               United States Attorney


                               ___/s/_____
                               GARY G. FRY
                               Assistant United States Attorney

                               CAROLYNE A. SANIN
                               Special Assistant United States Attorney


                               ___/s/_____
                               Don Kilmer
                               Attorney for Defendant


## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for March 26, 2012 at 1:30 p.m., shall be continued to April 16, 2012, at 1:30 p.m.

THE COURT FINDS that failing to exclude the time between March 26, 2012 and April 16, 2012, would unreasonably deny the government continuity of counsel and deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between March 26, 2012 and April 16, 2012, from computation under the Speedy Trial Act

outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between March 26, 2012 and April 16, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:  March 21, 2012

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE