1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  GARY G. FRY (CABN 85582)
   Assistant United States Attorney
5
   CAROLYNE ARANGO SANIN (DCBN 499564)
6  Special Assistant United States Attorney
       150 South Almaden Boulevard, Suite 900
7      San Jose, California 95113
       Telephone: (408) 535-5596
8      Facsimile: (408) 535-5066
       carolyne.sanin@usdoj.gov
9
   Attorneys for the United States
10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                  SAN JOSE DIVISION

14

15  UNITED STATES OF AMERICA,        )   No.    10-CR-729 EJD
                                     )
16        Plaintiff,                 )   STIPULATION AND [PROPOSED]
                                     )   ORDER CONTINUING HEARING TO
17    v.                             )   MAY 21, 2012
                                     )
18  STEVEN LEE VARGEM,               )
                                     )
19        Defendant.                 )
                                     )
20  _____)

21      The Parties, acting through respective counsel, hereby stipulate, subject to the Court's

22  approval, that the hearing currently set for April 30, 2012 at 1:30 pm be vacated, and that the

23  hearing be re-set for May 21, 2012 at 1:30 pm.  The parties are requesting the continuance of the

24  hearing due to the need for additional time for effective preparation and the need to jointly

25  negotiate a resolution in this matter.

26      The parties stipulate that the time between April 30, 2012 and May 21, 2012, is excluded

27  under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested

28  continuance would unreasonably deny defense counsel reasonable time necessary for effective

                                     1

preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the

ends of justice served by granting the requested continuance outweigh the best interest of the

public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18

U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: April 25, 2012                                        MELINDA HAAG
                                                             United States Attorney


                                                             ___/s/_____
                                                             GARY G. FRY
                                                             Assistant United States Attorney

                                                             CAROLYNE A. SANIN
                                                             Special Assistant United States Attorney


                                                             ___/s/_____
                                                             Don Kilmer
                                                             Attorney for Defendant


## [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

ORDERED that the hearing currently set for April 30, 2012 at 1:30 p.m., shall be continued to

May 21, 2012, at 1:30 p.m.

THE COURT FINDS that failing to exclude the time between April 30, 2012 and May

21, 2012, would unreasonably deny the government continuity of counsel and deny defense

counsel reasonable time necessary for effective preparation, taking into account the exercise of

due diligence.  See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time

between April 30, 2012 and May 21, 2012, from computation under the Speedy Trial Act

1   outweigh the interests of the public and the defendant in a speedy trial.

2          THEREFORE, IT IS HEREBY ORDERED that the time between April 30, 2012 and

3   May 21, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §

4   3161(h)(7)(A) and (B)(iv).

5

6

7

8   IT IS SO ORDERED.

    DATED:   April 26, 2012

9                                                     _____
                                                      EDWARD J. DAVILA
                                                      UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3