1  Donald E. J. Kilmer, Jr. (SBN: 179986)
   Law Offices of Donald Kilmer, APC
2  1645 Willow Street, Suite 150
   San Jose, California 95125
3  Phone: (408) 264-8489
   Fax: (408) 264-8487
4  E-Mail: Don@DKLawOffice.com

5  Attorney for Defendant:
   STEVEN VARGEM

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN LEE VARGEM,<br><br>Defendant. | CASE NO.: CR 10-00729 ED<br><br>STIPULATION RE: JOINT REQUEST FOR WAIVER OF PRE-TRIAL STATEMENT<br><br>PTC:     May 21, 2012<br>Time:   1:30 p.m. |

The parties, by and through undersigned counsel, stipulate to the following facts:

1. There is a pretrial conference set in this matter on May 21, 2012.

2. The parties have been diligently working to complete a set of stipulated facts for a bench trial in this matter. The document will include a written waiver of right to a jury trial and defendant's right to cross-examination, call witnesses and testify on behalf of himself.

3. The parties expect to finalize the document the morning of May 21, 2012 in time to give the Court an update at the afternoon appearance.

4. Therefore the parties jointly request that the Court waive the local rule requirements for filing a pre-trial conference statement.

5. The parties do intend to file separate trial briefs addressing the stipulated facts, if and when they become finalized.

1. 6. If these diligent efforts fail by the time of the afternoon court appearance the parties will jointly request that the court vacate the trial dates set to begin June 4, 2012 and reset the pretrial conference and trial dates.

**SO STIPULATED**.

Date:   May 18, 2012                                              Date: May 18, 2012

  /s/ Donald Kilmer                                                   /s/ Carolyne A. Sanin

For the Defendant                                                 For the United States

## ATTESTATION

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from the United States Attorney's Office that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in San Jose, CA on May 18, 2012.

   /s/
Donald Kilmer of
Law Offices of Donald Kilmer, APC
for the Defendant

## ORDER.

The local rule requiring pre-trial conference statements is waive for the parties' appearance on May 21, 2012.

Date:   5/21/2012

_____
Untied States District Judge