1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  GARY G. FRY (CABN 85582)
   Assistant United States Attorney
5
   CAROLYNE ARANGO SANIN (DCBN 499564)
6  Special Assistant United States Attorney
        150 South Almaden Boulevard, Suite 900
7       San Jose, California 95113
        Telephone: (408) 535-5596
8       Facsimile: (408) 535-5066
        carolyne.sanin@usdoj.gov
9
   Attorneys for the United States
10

11                         UNITED STATES DISTRICT COURT

12                        NORTHERN DISTRICT OF CALIFORNIA

13                                SAN JOSE DIVISION

14

15  UNITED STATES OF AMERICA,          )   No.    10-CR-729 EJD
                                       )
16       Plaintiff,                    )   STIPULATION AND [PROPOSED]
                                       )   ORDER PERMITTING THE PARTIES TO
17       v.                            )   SET A BRIEFING SCHEDULE ON JUNE
                                       )   4, 2012
18  STEVEN LEE VARGEM,                 )
                                       )
19       Defendant.                    )
                                       )
20  _____)

21       The Parties, acting through respective counsel, hereby stipulate, subject to the Court's

22  approval, that the parties be allowed to set a briefing schedule for trial briefs on June 4, 2012.

23  On May 21, 2012, the Court vacated the June 4, 2012 trial date and set a further status hearing

24  for June 4, 2012. The parties agreed to update the Court on June 4, 2012 about whether the

25  parties would be waiving a jury trial and proceeding via a stipulated facts bench trial. In

26  addition, the parties agreed to set a new trial date.

27       On May 21, 2012, the Court signed an order permitting the parties to file separate trial briefs

28  addressing the stipulated facts, if and when they become finalized. *See* Doc. No. 57. The parties

1

have completed a draft set of stipulated facts for a potential bench trial in this matter.  Currently, the criminal chief of the San Francisco US Attorney's Office is reviewing the draft set of facts.

However, on May 21, 2012, the Court issued a minute order that indicated that the parties were to file their trial briefs by June 4, 2012.  *See* Doc. No. 58.  The parties would jointly request permission to set a briefing schedule for trial briefs at the next status hearing set for June 4, 2012.

DATED: May 30, 2012            MELINDA HAAG
United States Attorney

___/s/_____
GARY G. FRY
Assistant United States Attorney

CAROLYNE A. SANIN
Special Assistant United States Attorney

___/s/_____
Don Kilmer
Attorney for Defendant

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the parties be allowed to set a trial briefing schedule on June 4, 2012.

IT IS SO ORDERED.

DATED: 5/31/2012

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE