1  LUPE MARTINEZ, CSB 49620
   Attorney at Law
2  1010 West Taylor Street
   San Jose, California 95126
3  (408) 971-4249 or (408) 857-5418
   FAX (408) 286-5705
4  martinez-luna@sbcglobal.net

5
   Attorney for Defendant
6  STEVEN LEE VARGEM

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                              (San Jose Division)
11

12  UNITED STATES OF AMERICA,           )   CR-10-00729-EJD
                                        )
13                      Plaintiff,      )   STIPULATION TO CONTINUE
                                        )   SENTENCING HEARING
14                                      )
                                        )   [XXXXXXXX] ORDER
15       v.                             )
                                        )
16  STEVEN LEE VARGEM,                  )
                                        )
17                      Defendant.      )

18
        Defendant and the government through their respective hereby agree and stipulate that
19
   sentencing in the above-entitled case, presently set for November 19, 2012, be continued to
20
   December 3, 2012 at 1:30 p.m.
21
        This stipulation is based upon defense counsel's recent substitution as counsel in the
22
   case and the need for effective preparation.
23
        The Deputy Courtroom Clerk has advised defense counsel that December 3, 2012 is
24
   available on the Court's calendar date for sentencing.
25
        So Stipulated.
26

   Stipulation to Continue Sentencing          - 1 -
   Hearing; Order

Dated:   October 20, 2012

                                  s/s Lupe Martinez

LUPE MARTINEZ
Attorney for Defendant Steven Lee Vargem

                                  s/s Carolyne Sanin

Dated:   October 20, 2012        CAROLYNE SANIN
Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING,

IT IS ORDERED that sentencing in the above-entitled case is continued from November 19, 2012 to December 3, 2012 at 1:30 p.m.

Dated: October __23__ 2012        _____
HONORABLE EDWARD J. DAVILA
United States District Judge

Stipulation to Continue Sentencing Hearing; Order    - 2 -