# Filed

DEC 0 3 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  CR 10-0524 DLJ  729 EJD |
| Plaintiff, | ) | [PROPOSED] **PRELIMINARY ORDER OF FORFEITURE** |
| v. | ) | |
| STEVEN LEE VARGEM,, | ) | |
| Defendant(s). | ) | |

Having considered the application for a preliminary order of forfeiture filed by the United

States, the entire record, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

a.   one Heckler and Koch model SP89 9mm pistol, serial number 21-15341.

pursuant to Title 18, United States Code, Section 984(d).

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall

seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website

for at least thirty days, notice of this Order, notice of the government's intent to dispose of the

property in such manner as the Attorney General may direct and provide notice that any person,

1 | other than the defendant, having or claiming a legal interest in the property  must file a petition

2 | with the Court and serve a copy on government counsel within thirty (30) days of the final

3 | publication of notice or of receipt of actual notice, whichever is earlier.

4 |      IT IS FURTHER ORDERED that, the government may conduct discovery in order to

5 | identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of

6 | the Federal Rules of Criminal Procedure.

7 |      IT IS FURTHER ORDERED that this Court retains jurisdiction to enforce the

8 | Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of

9 | Criminal Procedure 32.2(e).

10 |      IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal

11 | Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at

12 | the time of sentencing and shall be made part of the sentence and included in the judgment.

13 |      IT IS SO ORDERED this __3__ day of __December__ 201**2** .

EDWARD J. DAVILA
United States District Judge